Yo Mr Amaya en ningun momento mire a coach stam agarrar a alguien en el locher.

Guadalupe Amaya.