# WARRANT OF ARREST AND DETENTION
# HIDALGO COUNTY, TEXAS
# FELONY

**CASE: 23-001307**
**WARRANT– *15236***

## STATE OF TEXAS **VS**. RAFAEL TINOCO

**ARREST STATUS**: IN CUSTODY

**RACE**: WHITE                    **ETHNICITY**: HISPANIC                    **SEX**: MALE

**DOB**: ███████                   **STATE**: TX                            **DL#**: ███████

**RESIDENCE**: ████████████████████████████
**COMPLAINANT**: STATE OF TEXAS

**DATE OF OFFENSE**: 02/28/2023
**DATE COMPLAINT FILED**: 03/24/2023

**WARRANT OF ARREST ISSUED TO**: HIDALGO POLICE DEPARTMENT

*IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS—GREETINGS:*
*YOU ARE HEREBY COMMANDED TO TAKE INSTANTER THE BODY OF:*
**RAFAEL TINOCO**
*HEREINAFTER CALLED THE ACCUSED AND HIM, TO SAFELY KEEP SO THAT <u>HE</u> MAY BE DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF SAID STATE, NAMELY:*

**TAMPERING WITH A WITNESS**

ARTICLE 36.05 (d) OF THE TEXAS PENAL CODE, A **"THIRD DEGREE FELONY"**; SAID OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE UNDER OATH, WHICH HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE INCORPORATED HEREIN FOR ALL PURPOSES.

WITNESS MY SIGNATURE THIS **24**TH, DAY OF **MARCH 2023**.

_____
**MUNICIPAL COURT MAGISTRATE,**
**IN AND FOR HIDALGO COUNTY, TEXAS**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **WARRANT:** 15236 |
| **COUNTY OF HIDALGO** | § | **AFFIDAVIT FOR ARREST WARRANT** |

**BEFORE ME, The undersigned authority, on this day personally appeared the undersigned, after being duly sworn by me, on oath stated:**

My name is **Esteban Lozano**. I state that I am commissioned as a Peace officer in the City of Hidalgo, Hidalgo County, Texas. I would like to state that on or about **February 28, 2023**, one: **RAFAEL TINOCO DID THEN AND THERE IN THE CITY OF HIDALGO, HIDALGO COUNTY, TEXAS,** commit the offense of: **TAMPERING WITH A WITNESS,** a violation of **SECTION 36.05(D)** of the **TEXAS PENAL CODE**; a **THIRD DEGREE FELONY**.

**RAFAEL TINOCO (DOB** ▮▮▮▮ , then and there coerce Guadalupe Amaya, who was a prospective witness in an official proceeding, namely an official meeting by telling Guadalupe Amaya to change his statement, with intent to influence Guadalupe Amaya to testify falsely in the official proceeding.

### PROBABLE CAUSE

On Tuesday, March 2, 2023, at about 12:43 PM, Officer Liborio Platas #3523 was dispatched to Hidalgo Police Department, 211 E. Esperanza Ave., in regards to an Assault which occurred at Hidalgo High School, 910 E. Pirate Dr., Hidalgo, TX 78557.

Investigator Esteban Lozano obtained a video affidavit from witness Guadalupe Amaya ( ▮▮▮▮ in which he stated that on Friday, March 3, 2023 at or about 7:45 a.m., he was at work when Principal Rafael Tinoco sent him a phone text, asking him to go to his office. When he met with Principal Rafael Tinoco at his office, Principal Tinoco told him he needed to change his statement by adding that Coach Esteban Alegria was present in the locker room at the time of the incident involving the assault of a student. Coach Amaya refused to change his statement, and told Principal Tinoco he was not going to add that Coach Alegria was in the locker room at the time of the incident because it was a lie. Coach Amaya did not change the statement he had already turned in.

Rafael Tinoco was subsequently charged with Tampering with Witness.

Hidalgo Police Officers reviewed the preliminary report, Supplement report, statements and evidence and determined that there was sufficient evidence to determine **Rafael Tinoco** did commit the offense **Tampering with Witness TPC 36.05 (d) FBI** ▮▮▮▮

Wherefore, I now ask that a warrant for the arrest of **Rafael Tinoco** be issued forthwith in accordance with the law in such case provided.

Against the peace and dignity of the state

_____
**AFFIANT**

**Subscribed and sworn before me on the 24th, day of March 2023**

_____
**MUNICIPAL COURT MAGISTRATE,
IN AND FOR HIDALGO COUNTY, TEXAS**