| | | |
|---|---|---|
| **RAFAEL TINOCO,** <br> Plaintiff, | § <br> § <br> § | |
| | § | |
| **v.** | § <br> § | |
| | § | |
| **CITY OF HIDALGO, TEXAS;** <br> Sergio Coronado, in his individual and official <br> capacity; Romeo Rodriguez, in his individual <br> and official capacity; Raul Cantu, in his <br> individual capacity and official capacity; <br> Esteban Lozano, in his individual capacity and <br> official capacity; and Guadalupe Amaya, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL NO. 7:23-cv- 00136** |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

Signed this ___ of _____, 2023.

_____
**RANDY CRANE**