| | | |
|---|---|---|
| RAFAEL TINOCO,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| CITY OF HIDALGO, TEXAS;<br>Sergio Coronado, in his individual and official<br>capacity; Romeo Rodriguez, in his individual<br>and official capacity; Raul Cantu, in his<br>individual capacity and official capacity;<br>Esteban Lozano, in his individual capacity and<br>official capacity; and Guadalupe Amaya,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 7:23-cv- 00136 |

## DEFENDANTS CITY OF HIDALGO, TEXAS, SERGIO CORONADO, ROMEO RODRIGUEZ, RAUL CANTU, AND ESTEBAN LOZANO'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Subject to Defendants' Motion to Dismiss, Defendants the City of Hidalgo, Texas, Sergio Coronado, in his individual and official capacity; Romeo Rodriguez, in his individual, and official capacity; Raul Cantu, in his individual capacity and official capacity, and Esteban Lozano, in his individual capacity and official capacity ("Defendants") and file this Original Answer to Plaintiff's Original Complaint, and in support show as follows:

### ANSWER

1. Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure, Defendants deny each and every allegation contained in Plaintiff's Original Complaint except those allegations expressly admitted herein.

## PRELIMINARY STATEMENT

2. No response is required to a Preliminary Statement. However, to the extent a response is required, Defendants deny all allegations.

## NATURE OF THE ACTION

3. Defendants deny all allegations made in Paragraphs 1 through 6.

## PARTIES

4. No response is required to the identification of parties in Paragraphs 7 through 12. To the extent a response is required, Defendants deny all allegations.

5. The City of Hidalgo admits Sergio Coronado is its mayor and that it employs Romeo Rodriguez, Esteban Lozano and Raul Cantu as alleged in paragraph 13.

## JURISDICTION AND VENUE

6. With regard to paragraph 14, Defendants admit that this Court has jurisdiction to hear the civil rights violations alleged by Plaintiff.

7. With regard to paragraph 15, Defendants deny this Court has jurisdiction to hear any state law claims against Defendants. Defendants have filed a motion to dismiss based upon jurisdiction issues.

8. Defendants admit venue is proper as alleged in paragraph 16.

## FACTS

9. Defendants admit that Rafael Tinoco is the Principal at Hidalgo Early College High School as alleged in paragraph 17.

10. Defendants are without information to admit or deny the allegations in paragraphs 18-20. Accordingly, Defendants deny the allegations.

11. Defendants deny the allegations paragraph 21. The arrest and prosecution was made with probable cause.

12. With regard to paragraph 22, Defendants admit that a high school principal has authority to investigate school matters. Defendants deny a principal has authority to ask a witness to change his testimony or to interfere with an ongoing investigation.

13. Defendants are without information to admit or deny paragraphs 23-36. Accordingly, Defendants deny the allegations.

14. Defendants admit paragraphs 37-39.

15. With regard to paragraphs 40-53, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

16. Defendants admit paragraphs 54-55.

17. With regard to paragraph 56, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

18. Defendants admit paragraph 57.

19. With regard to paragraphs 58-62, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

20. Defendants admit paragraph 63.

21. Defendants admit paragraph 64 to the extent only Stumbaugh has been arrested as of today. Defendants deny that any arrest was made under "similarly questionable circumstances."

22. Defendants admit paragraphs 65-66.

23. Defendants deny paragraph 67.

### CLAIMS FOR RELIEF

**COUNT I**

24. Defendants deny paragraph 68-69.

25. Defendants admit the affidavit identified in paragraph 70 speaks for itself.

26. Defendants admit the Penal Code identified in paragraph 71 speaks for itself.

27. Defendants admit the Texas law identified in paragraphs 72-73 speaks for itself.

28. With regard to paragraphs 74-76, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

29. Defendants deny paragraph 77.

30. Defendants admit paragraphs 78-79.

31. Defendants deny paragraphs 80-82.

32. With regard to paragraphs 83-94, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

33. Defendants deny paragraphs 95-96.

34. Defendants admit paragraph 97.

35. With regard to paragraphs 98-103, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

36. Defendants deny paragraphs 104-105.

37. With regard to paragraph 106, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

38. Defendants deny paragraphs 107-112.

**COUNT II**

39. Defendants deny paragraphs 113-123.

**COUNT III**

40. Defendants deny paragraph 124.

41. With regard to paragraphs 125-134, Defendants are without information to admit or deny. Accordingly, Defendants deny the allegations.

42. Defendants deny paragraphs 135-137.

## JOINT AND SEVERAL LIABILITY

43. Defendants deny paragraphs 138-140.

## PUNITIVE/EXEMPLARY DAMAGES

44. Defendants deny paragraphs 141-146

## COSTS AND ATTORNEY'S FEES

45. Defendants deny paragraphs 147-148.

## AFFIRMATIVE DEFENSES

46. Defendants assert the defense of qualified immunity as they acted in good faith throughout the investigation and arrest.

47. Defendants assert that if any injuries occurred, they were caused by the acts or omissions of third parties.

48. Defendants assert any and all limitations on exemplary damages.

49. Defendants assert any Defenses they may be entitled to under the Texas Tort Claims Act.

50. Defendants assert all immunities and limitations provided by federal or state law as to liability and damages.

## RELIEF REQUESTED

51. Defendants the City of Hidalgo, Texas, Sergio Coronado, in his individual and official capacity; Romeo Rodriguez, in his individual, and official capacity; Raul Cantu, in his individual capacity and official capacity, and Esteban Lozano, in his individual capacity and official capacity request that Plaintiff take nothing by this suit and the Defendants recover their attorney's fees and costs and any other relief they may be entitled to under law or equity.

Respectfully submitted,

Perez Law Firm

/s/RICARDO PEREZ
Perez Law Firm, PLLC
208 Lindberg Avenue
McAllen, Texas 78501
Tel: 956-782-2700
Federal Bar Id. 2791316

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on May 15, 2023, this document was filed by CM/ECF.

BY:/S/ERICK G. HOLGUIN
ERICK G. HOLGUIN