Ayer martes 28 de febrero a las 4:20 pm cuando yo llegue al locker un niño me dice afuera antes de entrar "coach esta bien caliente adentro" y cuando entre al soccer room vi que todos los niños del equipo del varsity soccer team ya estaban alli sentados porque teniamos juego. Yo vi que estaban escuchando a coach stumbagh y que el les estaba gritando. Me sorprendi y pues me pare en un lado para escuchar lo que les estaba diciendo y escuche cuando coach stumbaugh les empezo a gritar a intimidar muy feo y abusar verbalmente. Yo escuche muy claramente que les dijo "I am going to fuckin kick you out of the soccer class and I fucking tired of this shit" Y les sigo gritando y intimidando y diciendoles mas maldiciones que hasta yo medio me asuste porque no sabia porque los estaba maltratando asi. Eran tanto los gritos que uno de los niños que no entiende much ingles (█████████) no se si por nervios o porque, pero como que sonrió cuando el coach stumbaugh le gritaba en ingles y de pronto coach stumbaugh se enojo mas y me grito "Coach go get a Security and get him out of here" yyo se que El niño no se estaba portando mal. Yo me sorprendi y tome al niño

al niño que se sentara en los bleachers pero El niño nunca hizo nada malo para ser maltratado asi.

Despues saco a ██████████ para fuera del locker y le empezo a gritar muy feo.

Todo esto fue lo que sucedió el martes antes del nuestro juego. Yo no quiero ningun probloma y entiendo que esto lo tengo que reportar al distrito escolar de Hidalgo cuando ay un abuso verbal o fisico hacia nuestros niños de la escuela No Quero problemas y no me quiero sentir acosado en mi trabajo si es necesario dejar de ser coach yo entiendo pero yo no creo que fue correcto lo que hizo ese señor. Son niños y ni yo que trabajo con ellos todos los dias les ablo asi.

Guadalupe amaya.