# AFFIDAVIT

**STATE OF TEXAS**  §
§
**COUNTY OF HIDALGO**  §


BEFORE ME, the undersigned authority, on this day personally appeared _Guadelupe G Sanchez_ known to me, being of sound mind and body and of the age of majority in the State of Texas, who after having been duly sworn oath, deposed and said:


"My name is _Guadalupe G Sanchez_, I was born in _Miami, Florida_ and my date of birth is _12/12/1973_. I declare, under penalty of perjury, that the following is true and correct to the best of my knowledge: On or around March 20th, 2023, I recieved a call from officer Lozano Hidalgo PD, I was asked to come to the police station to do a statement. It was right before city council meeting, therefore, I told him I would go in tomorrow morning. On Tuesday March 21st, I went to the Hidalgo PD to provide a statement. Officer Lozano walked me into a room where I was questioned. While I sat down, I noticed a video camera on the wall that was covered with a plastic item, when I was interviewed, officer Lozano used a camera phone.

Affiant further sayeth not."

_Guadalupe G Sanchez_


**STATE OF TEXAS**  §
§
**COUNTY OF HIDALGO**  §


SWORN TO AND SUBSCRIBED BEFORE ME on this the ___1st___ day of ~~April~~ _May_, 2023, by _Guadalupe G. Sanchez_



RAQUEL REYNOSO
My Notary ID # 5217302
Expires March 23, 2026

_____
Notary Public, State of Texas