**AFFIDAVIT**

STATE OF TEXAS          §
                       §
COUNTY OF HIDALGO   §

BEFORE ME, the undersigned authority, on this day personally appeared VICKY Garcia known to me, being of sound mind and body and of the age of majority in the State of Texas, who after having been duly sworn oath, deposed and said:

"My name is Vicky Garcia , I was born in Mission, Tx , and my date of birth is 6/14/1993 . I declare, under penalty of perjury, that the following is true and correct to the best of my knowledge: During my interview with Investigator Lozano at Hidalgo Pd, I remember thinking the camera didn't work because it was covered. I don't remember with what exactly, but I know there was something over the camera on the top, right corner of the room.

Affiant further sayeth not."

_____Vgarcia_____

STATE OF TEXAS          §
                       §
COUNTY OF HIDALGO   §

SWORN TO AND SUBSCRIBED BEFORE ME on this the ___4___ day of May, 2023, by

_____

JENNIFER MARIE ZAVALA
Notary Public
STATE OF TEXAS
Notary ID# 13080324-6
My Comm. Exp. 11-05-2025

_____
Notary Public, State of Texas