## AFFIDAVIT

STATE OF TEXAS     §
                              §

COUNTY OF HIDALGO    §

BEFORE ME, the undersigned authority, on this day personally appeared ___Wen Moore___ known to me, being of sound mind and body and of the age of majority in the State of Texas, who after having been duly sworn oath, deposed and said:

"My name is __Wen Moore__, I was born in _Port Arthur, TX_, and my date of birth is ___May 17, 1973___. I declare, under penalty of perjury, that the following is true and correct to the best of my knowledge: That on or about March 20, 2023 I was asked by detective Lozano to report to the Hidalgo Police Department for an interview. During the course of the interview I noticed a blue surgical glove covering a camera in the office where we met. Mr. Lozano proceeded to record the interview on his cell phone. Mr. Lozano represented himself as an officer employed by the Hidalgo Police Department.

Affiant further sayeth not."

STATE OF TEXAS     §
                              §

COUNTY OF HIDALGO    §

SWORN TO AND SUBSCRIBED BEFORE ME on this the _15th_ day of _May_, 2023, by

_____.



JENNIFER MARIE ZAVALA
Notary Public
STATE OF TEXAS
Notary ID# 13080324-6
My Comm. Exp. 11-05-2025

Notary Public, State of Texas