**AFFIDAVIT**

| | |
|---|---|
| **THE STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HIDALGO** | § |

  **BEFORE ME**, the undersigned authority, personally appeared Monty George Stumbaugh who being duly sworn, deposed as follows:

  "My name is Monty George Stumbaugh.  I am a resident of Cameron County, Texas. I was the Athletic Director for Hidalgo Independent School District.  On or about March 24, 2023, I was arrested at my home located in Laguna Vista, Texas by the Hidalgo Police Department, who traveled from Hidalgo, Texas, to Laguna Vista, Texas, in order to arrest me and charge me with Assault.

  Prior to my arrest I was interviewed by Detective Lozano with the Hidalgo Police Department on or about March 20, 2023.  I was taken into an interrogation room where I was interrogated by Detective Lozano.  The whole interrogation was recorded by Detective Lozano on his cell phone.  At the time I thought it was strange that the interrogation was being recorded on a cell phone, but I never thought to look around the room to see if they had any cameras.

  Either prior to or shortly after my interrogation, three other individuals were also interrogated or questioned regarding the alleged incident which resulted in my arrest.  All three individuals stated that they were recorded on police cell phones as well.  They said that they too found it strange and looked around to see if there were cameras in the room.  They all said that there was an official video/audio camera in the interrogation room but that it had been covered up with a blue glove.

  Further Affiant sayeth not."
  "I am at least 18 years of age."
  "I am of sound mind."

_____
**MONTY GEORGE STUMBAUGH, Affiant**

  **SUBSCRIBED AND SWORN** to before me on this the 15th day of May, 2023, by Monty George Stumbaugh.

Mariselda S. Flores
Notary Public

My commission expires: Sept. 14, 2023

MARISELDA S. FLORES
My Notary ID # 11736580
Expires September 14, 2023