BEFORE ME, the undersigned authority, on this day personally appeared _Brian Torres_ known to me, being of sound mind and body and of the age of majority in the State of Texas, who after having been duly sworn oath, deposed and said:

"My name is _Brian Torres_, I was born in _Hidalgo Tx_, and my date of birth is _____ 3/30/04 I declare, under penalty of perjury, that the following is true and correct to the best of my knowledge: El viernes 24 de marzo yo estaba en mi close cuando recibi una llamada de Mi cooch Morales diciendome que me fuera a la front office a grabar lo que ibo a posar, cuando me llamo a las 1:05 pm me dijo que Mentor y Paul ledijieron que me diga que era de Confionzo y fuera a grabar lo sucedido despues de llegar a lo oficina me volvio a morcar morales diciendome que yo no grabara que solo me quedара viendo over que posaba que yo no grabora y despues me dijo que le dijiera cuando posara y pues yo decidir a lo oficina o voy me que Dos horas y exoctomente a los 3:30 me fui y no le morave o morales lo que ocurrio poso a los 3:40 despues de que me fuera y pues no supe lo que poso despues

Affiant further sayeth not."

please see 2nd page. —7    *Brian T

**STATE OF TEXAS**          §
                            §
**COUNTY OF HIDALGO**       §

SWORN TO AND SUBSCRIBED BEFORE ME on this the __2nd__ day of _April 2nd_, 2023, by _Brian Torres_.



JENNIFER MARIE ZAVALA
Notary Public
STATE OF TEXAS
Notary ID# 13080324-6
My Comm. Exp. 11-05-2025

Notary Public, State of Texas

y tuve que irme a mi close, durante la llamada me dijo que segun segun morales me dijo que ibo a ver un pedo engrande con tinoco que ibo a ver muchos policias y se lo ibon allevar