**ssolis@alamotexas.org**

| | |
|---|---|
| **From:** | rgarza@alamotexas.org |
| **Sent:** | Monday, January 23, 2023 12:00 PM |
| **To:** | ssolis@alamotexas.org |
| **Subject:** | Concerns |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Captain Solis,

There have been several concerns that were brought to my attention by Investigator Laura Chaires, Investigator Michelle Garza, and Investigator Jesse Garcia regarding questionable decisions made by Sergeant Esteban Lozano involving investigations and arrests. The issues are concerning possible rights violations and possible illegal arrests with comments being made to "take him for the ride", to make a report "juicy" and "to make it stick" when an arrest has been made without sufficient evidence to support the arrest. Each investigator has their own concerns and complaints regarding responses and actions involving Sergeant E. Lozano. Most of these issues were relayed to me by each individual Investigator so they would be the ones to provide the exact details. This has been ongoing and I was just informed of an arrest and case that occurred over the weekend for case number 23-00390 that was brought to their attention By Sergeant E. Lozano. According to the investigators, no report had been filed and two male subjects were detained to be questioned without being provided their Miranda Rights. I reviewed supplements this morning and the reports have not been finalized nor approved so their concerns are preliminary, however, a person was arrested, charged, and transported to the Hidalgo County jail.

I have had some concerns regarding decisions and actions by Sergeant Lozano that I have witnessed and observed, as well. I had to intervene on one specific occasion where Sergeant E. Lozano directed Investigator Jesse Garcia during an arraignment to "take him for the ride" when Investigator J. Garcia brought up the concern that there was insufficient evidence to charge the person. To my understanding, this phrase is used when there is insufficient evidence to charge a person but to continue with the arrest regardless of the outcome. As Investigator J. Garcia's F.T.O. (Field Training Officer), I instructed him not to continue with the arrest against Sergeant E. Lozano's directive as it was not what we do in the Criminal Investigations Division and because it was wrong.

I believe these types of comments and actions have no place in Law Enforcement and are not part of my training as an F.T.O. for these new investigators. These investigators have shown dedication and the will to learn to conduct proper and thorough investigations but I feel they are being misguided. All three investigators have expressed they are willing to speak and bring up these concerns if given the opportunity.

Feel free to contact me or any other investigator for any questions or concerns.

Thank you,

**Investigator Rodolfo Garza Jr.**
**Alamo Police Department**
**423 N. Tower Rd.**

1

Alamo, Texas 78516
(956) 787-1454

CONFIDENTIALITY NOTICE: The information contained in this transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited by Federal law. If you are not the intended recipient of this message, you are notified that you may not disclose, print, copy, or disseminate this information. If you have received this transmission in error, please reply to the sender and delete or destroy the message. Unauthorized interception of this transmission may be a violation of criminal law.

**ssolis@alamotexas.org**

| | |
|---|---|
| **From:** | migarza@alamotexas.org |
| **Sent:** | Tuesday, January 17, 2023 10:03 AM |
| **To:** | ssolis@alamotexas.org |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

On December 13th, 2022 case number 22-05205 I was assigned to an aggravated assault report. I received a phone call from one of the suspects attorney, Mr. Jorge Ortegon. Mr. Ortegon advised me in advance on December 13th, 2022 that his client was going to turn himself in but would not provide me with any statement. On December 14th, 2022 at 0800 hours Mr. Ortegon client came into the Alamo PD to turn himself in. After booking in Mr. Ortegon's client Sgt Esteban Lozano asked me If I had asked Mr. Ortegon's client if he wished to provide a statement, and I informed Sgt Esteban Lozano no because his attorney had already informed me in advance that his client was not going to provide me with a statement. Sgt Esteban Lozano raised his voice at me and said to me in the hallway "I don't care I am telling you to ask him if he wishes to provide a statement". I did not feel comfortable asking him to speak to me due to the attorney informing me in advance, and without him being present. I felt that if I disregarded the attorney's request, then I would be violating the client's rights. Therefore, I want to bring up this concern.

# Investigator Michelle Garza

Alamo Police Department
423 N. Tower Rd.
Alamo, Texas 78516
(956) 787-1454

CONFIDENTIALITY NOTICE: The information contained in this transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited by Federal law. If you are not the intended recipient of this message, you are notified that you may not disclose, print, copy, or disseminate this information. If you have received this transmission in error, please reply to the sender and delete or destroy the message. Unauthorized interception of this transmission may be a violation of criminal law.

**ssolis@alamotexas.org**

| | |
|---|---|
| **From:** | rgarza@alamotexas.org |
| **Sent:** | Wednesday, January 25, 2023 4:14 PM |
| **To:** | ssolis@alamotexas.org |
| **Subject:** | CID Concerns |

Captain Solis,

As per the previous email I sent, regarding questionable decisions and directives made by Sergeant Esteban Lozano, I had several other concerns.

On Thursday, September 15, 2022, I was approached by Investigator Michelle Garza for guidance on case number 22-02913. Investigator Michelle Garza informed me she had been assigned to this case by Sergeant Lozano and was pending a signature for a waiver of complaint form to close the case. Investigator M. Garza asked how to close out the case with a waiver form for a sexual assault. I reviewed the report and observed a mother had reported her fourteen (14) year old daughter having sexual relations with a twenty (20) year old male. I explained to Investigator M. Garza that a waiver could not be obtained on a sexual assault of a child case and, as her F.T.O. (Field Training Officer), I directed her to continue with the investigation by scheduling a forensic interview and a S.A.N.E. exam.

I addressed my concern with Sgt. E. Lozano and he stated the previous investigator should have known better. I informed Sgt. E. Lozano the report slipped by him as well because the previous investigator's supplement had been approved by him and Sgt. E. Lozano's response was "Shit happens!". Through the course of the investigation and with the assistance of the City of Pharr Police Department, it was determined the suspect confessed and was charged with twenty-one (21) counts for having sexual relations before the initial report which was filed on June 27, 2022.

On Monday, November 28, 2022, I overheard Investigator Jesse Garcia explain to Sgt. E. Lozano there was insufficient evidence to charge one of the suspects for case number 22-05416. Investigator J. Garcia detailed he was preparing the arraignment paperwork and determined one of the suspects did not meet the elements to be charged. I heard Sgt. E. Lozano direct Investigator J. Garcia to "take him for the ride" so I intervened. I advised Investigator J. Garcia not charge the suspect if he believed there was insufficient evidence to charge the subject.

On Thursday, January 5, 2023, I was contacted by Investigator J. Garcia who was concerned that an arrest was made preliminary with insufficient evidence and he was allegedly directed by Sgt. E. Lozano to type up the arraignment to charge the subject. I referred Investigator J. Garcia to Captain Saul Solis if Sgt. E. Lozano was adamant about charging the subject. Investigator J. Garcia informed me the subject was released pending further investigation. The following day Sgt. E. Lozano briefed me on the scenario for said case number and informed me he had received from Patrol where he advised them to make the report "juicy" and denied he advised to arrest the subject.

I believe these concerns are misleading for the new investigators who had recently been assigned to C.I.D. All investigations should be conducted thoroughly and meet sufficient probable cause and/or evidence to make an arrest.

Feel free to contact me for any further questions or concerns.

1

Investigator Rodolfo Garza Jr.
Alamo Police Department
423 N. Tower Rd.
Alamo, Texas 78516
(956) 787-1454

CONFIDENTIALITY NOTICE: The information contained in this transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited by Federal law. If you are not the intended recipient of this message, you are notified that you may not disclose, print, copy, or disseminate this information. If you have received this transmission in error, please reply to the sender and delete or destroy the message. Unauthorized interception of this transmission may be a violation of criminal law.

**ssolis@alamotexas.org**

| | |
|---|---|
| **From:** | jegarcia@alamotexas.org |
| **Sent:** | Wednesday, January 25, 2023 11:04 AM |
| **To:** | ssolis@alamotexas.org |

      I investigator Jesse Garcia D5 wanted to bring to your attention different scenarios  where I did not agree with Sergeant Lozano V4 on how he wanted to work a case.

      For case number 23-00070, Adrian Reyna was arrested for criminal mischief for "putting water into his wife's vehicle gas tank". I made contact with Sergeant Robert Colby who advised me he approved Adrian Reyna's arrest because he had called Sergeant Lozano who advised him to make the report "juicy so it will stick" and to arrest. I proceeded to make contact with Sergeant Lozano and advised him I did not have any probable cause to do the arraignment. Sergeant Lozano began to tell me that patrol has gone to that location several times for many verbal's and to go with it. I advised Sergeant Lozano this scenario was different and was not for family violence. I advised Sergeant Lozano that the couple shared bank accounts, and I did not have proof the vehicle was damaged because it had not been checked by a mechanic or given a quote on to fix it. I advised Sergeant Lozano that Adrian Reyna had cocaine in his possession when brought to the jail, but did not have probable cause to charge him because the arrest was not correct. Sergeant Lozano was adamant to charge Adrian Reyna to which I notified Investigator Rudy Garza. Sergeant Lozano then advised me to wait on the criminal mischief, but to charge him with possession of controlled substance. I advised Sergeant Lozano the cocaine was located when he was being booked in and the probable cause for the criminal mischief was not there. Sergeant Lozano advised me that patrol has gone to the residence many times to which I advised him it was for verbal's and this was not the case. Investigator Rudy Garza got in contact with Captain Solis and Captain Solis advised Sergeant Lozano we would not arrest pending investigation. Sergeant Lozano began to change his story and stated he never told Sergeant Colby to arrest and told him to just make the report "juicy".

      There has been many other different scenarios where Sergeant Lozano has stated "take them for the ride" in different cases. Sergeant Lozano does not help when CID is out in the field and does not provide us with a plan when we're out on the field. When we would be back in the office, Sergeant Lozano would make comments of things he would have done differently and ask why we did not do certain things. I believe he should be leading us when we're out on the field to avoid mistakes, instead of pointing out our mistakes back in the office.

      For case number 23-00390 on Saturday January 21, 2023 Sergeant Lozano called me in to assist. Upon arrival Sergeant Lozano began to question the suspects and asked me to go into the interview room with my body camera. Upon entering the interview room and observing Sergeant Lozano question the male suspects I observed he did not have a Miranda warning form or read it to them. Sergeant Lozano continued to interview them and advised them they were under arrest for theft when the case was in reference to credit card abuse. I believe it is an unlawful arrest and did not agree with the way he handled it.

**Investigator Jesse J. Garcia**
**Alamo Police Department**
**423 N. Tower Rd.**
**Alamo, Texas 78516**
**(956) 787-1454**

CONFIDENTIALITY NOTICE: The information contained in this transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited by Federal law. If you are not the intended recipient of this message, you are notified that you may not disclose, print, copy, or disseminate this information. If you have received this transmission in error, please reply to the sender and

delete or destroy the message. Unauthorized interception of this transmission may be a violation of criminal law.

2