00-4802-23

AT 1:20 O'CLOCK P M

MAY 18 2023

Complaint No. 15296
Date of Arrest 05/24/2023
LAURA HINOJOSA, CLERK
District Courts, Hidalgo County

By _____ Deputy#5

## No. DA-23-07894

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN 93rd THE DISTRICT COURT |
| VS. | X | OF |
| RAFAEL TINOCO | X | HIDALGO COUNTY, TEXAS |

## NO BILL

**TO THE HONORABLE SAID JUDGE OF SAID COURT:**

We, your Grand Jury for the January Term, A.D 2023 of the 93rd District Court wish to report that we have inquired carefully into the case against the above named defendant, RAFAEL TINOCO, for the offense of TAMPERING WITH A WITNESS and in this said complaint we have voted a NO BILL.

FOREMAN OF THE GRAND JURY

## ORDER OF THE COURT

It is hereby ordered that the minutes of the 93rd Judicial District Court of Hidalgo County, Texas reflect that RAFAEL TINOCO has been NO BILLED by the Grand Jury for the offense of TAMPERING WITH A WITNESS.

The Sheriff of Hidalgo County, Texas is directed to release the said defendant if in custody, unless the defendant is being held in other matters not covered by this complaint.

SIGNED AND ENTERED THIS 14th day of May, 2023

JUDGE PRESIDING

310653