No. **DA-23-07752**

FILED

AT 12:3Y O'CLOCK ___ M

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN 139th THE DISTRICT COURT |
| VS. | X | OF |
| MONTY STUMBAUGH | X | HIDALGO COUNTY, TEXAS |

JUN 06 2023

LAURA HINOJOSA, CLERK
District Courts, Hidalgo County
By _____ Deputy#3

**NO BILL**

**TO THE HONORABLE SAID JUDGE OF SAID COURT:**

We, your Grand Jury·for the January Term, A.D 2023 of the  139th District Court wish to report that we have

inquired carefully into the case against the above named defendant, MONTY  STUMBAUGH,   for the offense of

ASSAULT CAUSES BODILY INJ and in this said complaint we have voted a **NO BILL**.
_injury to a child_

_____
FOREMAN OF THE GRAND JURY

**ORDER OF THE COURT**

It is hereby ordered that the minutes of the 139th Judicial District Court of Hidalgo County, Texas reflect that

MONTY STUMBAUGH has been **NO BILLED** by the Grand Jury for the offense of  ASSAULT CAUSES BODILY

INJ.

The Sheriff of Hidalgo County, Texas is directed to release the said defendant if in custody, unless the

defendant is being held in other matters not covered by this complaint.

SIGNED AND ENTERED THIS ___ day of _____, 2023

_____
JUDGE PRESIDING

3751793