Complaint Number <u>15236</u>
TRN <u>9285245684</u> TRS<u>A001</u>

____JAIL DISMISSAL - PLEASE FAX COPY TO JAIL at 956-381-7970

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | * | **IN THE HIDALGO MUNICIPAL COURT** |
| **VS** | * | |
| **RAFAEL TINOCO** | * | **HIDALGO COUNTY, TEXAS** |
| DA-23-07894, 310653 | | |

**MOTION TO DISMISS COMPLAINT**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES the State of Texas by and through Hidalgo County Criminal District Attorney, Toribio "Terry" Palacios, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of *TAMPERING WITH A WITNESS*, for the reason:

XXXX The evidence is insufficient;
_____ The defendant was convicted in another case;
_____ The complaining witness has requested dismissal;
_____ In the interest of justice;
XXXX Other DOES NOT MEET ELEMENTS.

WHEREFORE, it is prayed that the criminal action contained in the complaint filed in the above numbered and styled case be dismissed as stated above, and that, if applicable, the Court order the District Clerk or County Clerk of Hidalgo County to release any cash bond monies held by them pursuant to Texas Code of Criminal Procedure Article 17.02.

MICHAEL J. GARZA, SBN: 00788769
FIRST ASSISTANT CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

**JUDGMENT OF DISMISSAL**

On this day came on to be considered the State's statement in support of motion to dismiss the criminal action contained in the complaint filed in the above numbered and styled case, and the Court having considered the same is of the opinion that said motion be granted.

It is therefore ORDERED, ADJUDGED and DECREED that the criminal action contained in the complaint of the above numbered and styled case is hereby DISMISSED for the reason(s) stated in the State's Motion to Dismiss Complaint. It is further ordered that any cash bond monies deposited with the Hidalgo County District Clerk or County Clerk be released pursuant to Texas Code of Criminal Procedure Article 17.02.

Signed on the _____ day of _____, 20_____.

_____
JUDGE PRESIDING,
HIDALGO MUNICIPAL COURT
HIDALGO COUNTY, TEXAS