viewed as training opportunities and not as routine disciplinary actions.

  ii. Should the behavior or action persist after it has been informally addressed, the appropriate disciplinary or corrective action shall be taken.

 m. Supervisors shall ensure that adequate recording media is on hand and available for issuance

17. Technicians' Responsibilities

 a. A designated officer or other employee shall be responsible for the ordering, issuance, retrieval, storage, erasing, and duplication of all recorded media.

 b. Recorded media may only be degaussed/erased pursuant to a court order, or in accordance with established retention guidelines of at least 90 days.

## VIII. MOBILE TELEPHONES

A. Department Issued Cell Phones

1. Cell phones are issued by the department to increase the level of communication between field officers and the department as well as citizens.

2. Cell phones are to be used for appropriate departmental activities only.

3. Employees are allowed to use department cell phones for emergency and short personal calls during breaks.

4. The department regularly inspects cell phone usage records for inappropriate activity.

B. Personally, Owned Cell Phones: The department allows employees to carry personally owned cell phones when their use does not negatively impact department operations.

## IX. CELL PHONE CAMERAS

A. Departmental Cell Phones

1. Cell phone cameras, both still and video, may be used to record department activities only when another more suitable camera or recording device is unavailable.

2. Activities may include victim, witness, or suspect information, crime scenes, field and eyewitness identifications, witness statements, etc.

3. All activities recorded on cell phone cameras will be transferred immediately to departmental records systems as soon as the incident can be concluded and

no later than the end of shift. Appropriate information technology staff will be consulted regarding the safest transfer method.

B. Personal Cell Phones

1. Personal cell phones, both still and video, may be used to record department activities <u>only</u> when another more suitable camera or recording device is unavailable.

2. If any department activity is recorded using a personal cell phone, a department supervisor will be notified immediately.

3. All activities recorded on cell-phone cameras will be transferred immediately to departmental records systems as soon as the incident can be concluded and no later than the end of shift. Appropriate information technology staff will be consulted regarding the safest transfer method.

4. After transfer to departmental media, all parts of the activity recorded will be permanently deleted from the personally owned cell phone prior to end of shift. Department supervisors may require proof of deletion.

## X. DIGITAL CAMERAS

A. Department Issued Cameras

1. Personnel assigned to crime scene investigations are assigned appropriate camera systems for recording crime scenes and incidents.

2. Field officers are assigned field cameras to record images and data beneficial to an investigation when crime scene personnel do not respond.

3. Department-issued cameras will not be used for any personal use.

4. All images or data recorded will be transferred to appropriate departmental media or storage before the end of shift.

B. Personally, Owned Cameras

1. No employee will carry a personally owned camera on duty unless authorized in writing by the Chief of Police.

2. If a personally owned camera has been authorized in writing by the Chief of Police, the employee will report any use of the camera during a police incident to his/ her supervisor immediately and shall transfer the data to department media before the end of shift.

3. After transfer to departmental media, all parts of the activity recorded will be permanently deleted from the personally owned camera prior to end of shift. Department supervisors may require proof of deletion.

1.4  Page 8