UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

RAFAEL TINOCO,                                      §
Plaintiff,                                         §
                                                   §
v.                                                 §
                                                   §
CITY OF HIDALGO, TEXAS;                             §
Sergio Coronado, in his individual and official    §        CIVIL NO. 7:23-cv- 00136
capacity; Romeo Rodriguez, in his individual       §
and official capacity; Raul Cantu, in his          §
individual capacity and official capacity;         §
Esteban Lozano, in his individual capacity and     §
official capacity; and Guadalupe Amaya,            §
Defendants.                                        §

## ORDER

Pending before the Court is Defendants' Motion to Dismiss Plaintiff's Amended Complaint. After

reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion

that it should be GRANTED.

It is SO ORDERED.

Signed this ___ of _____, 2023.

_____
**RANDY CRANE**

1