No. DA-23-07752

THE STATE OF TEXAS                    X        IN 139th THE DISTRICT COURT

VS.                                   X        OF        LAURA HINOJOSA, CLERK
                                                          District Courts, Hidalgo County
MONTY STUMBAUGH                       X        HIDALGO COUNTY, TEXAS    Deputy#3

AT 12:3Y O'CLOCK __ M

FILED

JUN 06 2023

**NO BILL**

TO THE HONORABLE SAID JUDGE OF SAID COURT:

We, your Grand Jury for the January Term, A.D 2023 of the 139th District Court wish to report that we have

inquired carefully into the case against the above named defendant, MONTY STUMBAUGH, for the offense of

ASSAULT CAUSES BODILY INJ and in this said complaint we have voted a **NO BILL**.

*injury to a child*

_____
FOREMAN OF THE GRAND JURY

**ORDER OF THE COURT**

It is hereby ordered that the minutes of the 139th Judicial District Court of Hidalgo County, Texas reflect that

MONTY STUMBAUGH has been **NO BILLED** by the Grand Jury for the offense of  ASSAULT CAUSES BODILY

INJ.

The Sheriff of Hidalgo County, Texas is directed to release the said defendant if in custody, unless the

defendant is being held in other matters not covered by this complaint.

SIGNED AND ENTERED THIS __ day of _____, 2023

_____
JUDGE PRESIDING

3751793