*AFFIDAVIT*

*OCA/ 23-001307*

STATE OF TEXAS       }
COUNTY OF HIDALGO   }

BEFORE ME, THE UNDERSIGNED AUTHORITY, A CITY OF HIDALGO PEACE OFFICER IN AND FOR HIDALGO COUNTY, TEXAS, ON THIS DAY PERSONALLY APPEARED MARIA ARGUELLES DE PEREZ, AND AFTER BEING BY ME DULY SWORN, UPON HER OATH, DEPOSES AND SAYS;

My name is Esteban Alegria., and I reside at 2303 N. 27th St., Hidalgo TX 78577. My telephone number is 956-778-9618. I employed at Hidalgo ISD located 910 E. Pirate Dr., Hidalgo TX.

I wish to say that I am teacher with the Hidalgo Independent School District. I teach U.S. History. I am also an Interim Head Coach for the boys' soccer team. On Tuesday, (2-28-23) I was inside the locker room inside the coaches' office. I was getting the lineup ready for the boys' soccer team, when four of the students came into my office. The four students told me that they needed to speak with me. I asked them what was going on and they said they were not going to play the game tonight (2-28-23) because they wanted their old coach back. I told them that "they need to play for themselves, they have a chance to win state and get scholarships." They till refused to play the game. They walked out of my office. I called Coach Stumbaugh but he did not answer his cell phone. I walked over to Coach Stumbaugh's office but he was not there. I was told that he was outside at the practice field. I walked out to the field and told Coach Stumbaugh that the boys' soccer team did not want to play. I told Coach Stumbaugh I was frustrated and wanted to leave. Coach Stumbaugh told me that he would be right there to speak to the boys' soccer team. I went back into coaches' office, grabbed my cell phone from my locker and then walked into the bathroom. I called my girlfriend from the bathroom. I told my girlfriend what was going on and that I was frustrated and was going to leave. My girlfriend told me to calm down and stay. I calmed down and went back to the office and prepared the paperwork. Once I was done I walked outside through the east side door to go and see if the Zapata boys' soccer coach was outside and he was not. I walked back into the coaches' office. A few minutes later I received a phone call from the Zapata coach stating they had just arrived. I walked outside through the east door again and met up with the coach from Zapata and gave him the lineup. I walked back into the locker room area where we, the coaches have lockers. I saw Coach Amaya and asked him if the boys were going to play and he said no. I walked into the locker room and asked the boys if they were going to play and one said "no, you are not our coach." I waited a few minutes then walked out towards the soccer field. The boys did follow me. I went up to the referee and told him that the boys might not play. The referee told me that he needed to make an incident report if they did not play. The boys got on the field and the referee blew the whistle. The boys did not move, the referee waited about five minutes and then called the game.

I wish to say that I never saw Coach Stumbaugh go into the locker room to speak to the boys, as I was inside the bathroom talking to my girlfriend.

THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I HAVE PROVIDED THIS STATEMENT TO INV CRUZ VILLARREAL OF HIDALGO POLICE DEPARTMENT ON MY OWN FREE WILL.

SWORN AND SUBSCRIBED BEFORE ME ON THIS 20th DAY OF MARCH 2023.

_____
AFFIANT

_____
INVESTIGATOR TAKING STATEMENT

HIDALGO POLICE DEPARTMENT; SWORN AFFIDAVIT        1