Below is my statement of the events that took place on Friday, March 24, 2023.

At 2:35 pm, I received a call from Hidalgo Early College High School Principal, Rafael Tinoco that there was a reporter from Univision/Fox by the security post in the main entrance of the high school. I asked Mr. Tinoco if he knew why she was there because at that time, the high school was also hosting a track meet. Mr. Tinoco said she was there to do a story with a soccer parent. At that point, I told Mr. Tinoco, the Public Relations Office did not have any interview scheduled for the day therefore the reporter could not do the story on school grounds. I also told Mr. Tinoco I would immediately go to the high school so that I may speak to the reporter.

I arrived at the high school at 2:40 pm and called superintendent, Xavier Salinas, to tell him there was a reporter at the high school and I planned to talk to her to see what was going on. When I exited my vehicle, I immediately approached the reporter. She was standing by the front gate, but outside of the school grounds. (She was by the sidewalk). After I introduced myself as Jennifer Garza, PR Director for Hidalgo ISD, I asked her if there was anything I could help her with. She responded with, "I am just here waiting for parents; we are going to do a story about the soccer team." I then asked her if she had the parents' name, and she said she did not. I then asked her how this story/interview was set up and she said a person named Mentor called her and had scheduled the interview for her. Therefore she had no idea who she would be meeting other than that they were soccer parents. Because she seemed confused about the story and who exactly she would be interviewing, I asked if she had a phone number for Mentor so I could give him a call; perhaps I could get more information for her. She gave me the phone number; 956-467-8666. I said thank you to the reporter and told her I would be back.

At 2:44 pm, I called the phone number she gave me; someone answered but did not respond to my hello. I stayed on the line for a minute, hoping to talk to someone, but eventually, the line was terminated. At 2:47 pm, I called my superintendent again to give him a brief update. After that call, I proceeded to call the number again because the reporter was still waiting for her interview. At 2:50 pm, a gentleman answered the phone. I introduced myself as Jennifer Garza, PR Director for Hidalgo ISD, and told them I was calling because there was a reporter in front of the school waiting to interview some parents. I told him the reporter gave me his number because she seemed confused about the story and who she was going to be interviewing. I added with, she told me a Mentor set this interview up; so then I asked him, is this Mentor? He said, "I'm not going to tell you who this is, you called me. The reporter is not on school property." I (Jennifer Garza) then responded with, "I understand that sir, but she did say she was doing a story about soccer, and I was just calling to see if there was anything I can help you with." He proceeded to tell me the reporter was there for another story, and that it had nothing to do with the school.

During that conversation, the reporter had moved across the street, and had pointed the camera towards the high school. As I saw that, I told the gentleman on the phone, "well if this story has nothing to do with the school, why is she pointing the camera towards the school as the background?" He then said, "look, the story isn't about the school and I do not need to be explaining myself to you." He then ended the phone call. The entire phone call lasted two minutes.

At 3:02 pm, Xavier Salinas, called me, to get an update; I explained to him, what had happened between the reporter and the gentleman on the phone. I told him I was on my way back to my office to get the reporter some water because she looked dehydrated. At this point, she was still waiting for her interview to occur. No one had arrived.

I arrived back at the high school at 3:07 pm, and the reporter was still waiting. I walked over to her to give her some water; she was very thankful. I asked her if she had heard anything, and she said, Mentor had told her the parents were on their way. I then asked her, "are you going to continue to wait for them", and she said, "I have to wait for them, this is the only story I have for today." At that point, I received another call from Xavier Salinas at 3:09 pm. He told me about Mr. Tinoco and that the police were going to the school to arrest him. To my surprise, I asked him for what? As he explained to me, he told me the chief of police would be calling me to give me information. At 3:10 pm, Chief Rodriguez called me and told me about the arrest and that another arrest was forthcoming. I proceeded to tell him there was a reporter on Pirate Drive, she had been waiting for parents for a while for an interview. I continued to tell him that the reporter said a Mentor had set up the interview for her and that she had given me his number. However, when I called him, he refused to give me his name. The Chief asked if I could share the number with him and I said yes; I texted him the number at 3:13 pm.

The reason I had told Chief Rodriguez about the reporter was because I did not want to draw attention to the arrest and possibly have the reporter catch it on video. I asked the Chief if it was possible for Mr. Tinoco just to drive over to the police station and not be hand cuffed in front of students and employees. He said he would try to be as discreet as possible. As I drove to the front of the school, Mr. Tinoco walked out (no hand cuffs) of the school; he was escorted by the police. Mr. Tinoco, got into his vehicle (Mr. Tinoco was driving), and a police officer rode with him as a passenger.

At this point, the reporter had moved and positioned herself to the front of the school (she moved westbound). When I saw the reporter there, I called the chief of police and asked him if it was possible for Mr. Tinoco to turn right as he exited the school in order to avoid the reporter. Chief said he was going to try to call the police officer that was with Mr. Tinoco but couldn't guarantee he would get the call within time. This was at 3:17 pm. I said, thank you Chief, I appreciate it and then the call ended.

With the urgency to avoid the reporter, at 3:19 pm, I called Mr. Tinoco, and told him about the reporter and that I had talked to the chief. If it was possible, he could take a right at the exit. I also told him, the chief said he would be calling the officer that was with him (Tinoco) to let him know to exit to the right. At that point, I was driving behind Mr. Tinoco, and he exited the school by turning left, towards the reporter. I proceeded to follow him. Mr. Tinoco then arrived at the police station.

At 3:23 pm, I called Xavier Salinas, and told him what had occurred. I told him I would be returning to the my office and would wait for any direction from him.

At 3:32 pm, I received a call from the gentleman I spoke earlier with (956-467-8666) and he confirmed that he was Mentor Cavazos and apologized for the way he spoke to me. I told him I was just trying to see how I could help because the reporter had been waiting there for a while and had no idea who she would be interviewing other than that it was soccer parents. I then accepted his apology and told him that now that we had been formally introduced, that he could reach out to me if he needed help or had questions.

This is the end of my statement.

-Jennifer Garza
Public Relations Director
Hidalgo ISD