**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **RAFAEL TINOCO,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL NO.  7:23-CV-00136** |
| | § | |
| **CITY OF HIDALGO, TEXAS;** | § | |
| **Sergio Coronado, in his individual and official** | § | |
| **capacity; Romeo Rodriguez, in his individual** | § | |
| **and official capacity; Raul Cantu, in his** | § | |
| **individual capacity and official capacity;** | § | **JURY TRIAL DEMANDED** |
| **Esteban Lozano, in his individual capacity and** | § | |
| **official capacity; and Guadalupe Amaya.** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER DENYING**
**DEFENDANTS' MOTION TO DISMISS**

The Court has considered the Defendants' Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's Response, and the documents and pleadings on file with the Court as well as the arguments of counsel in the above-captioned action.

THE COURT ORDERS AS FOLLOWS:

Defendants' Motion to Dismiss Plaintiff's Amended Complaint is hereby Denied.

**SIGNED** this ____ day of _____, 2023, at McAllen, Texas.

_____
**Chief U.S. District Judge Randy Crane**

1