**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **RAFAEL TINOCO,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL NO.  7:23-CV-00136** |
| | § | |
| **CITY OF HIDALGO, TEXAS;** | § | |
| **Sergio Coronado, in his individual and official** | § | |
| **capacity; Romeo Rodriguez, in his individual** | § | |
| **and official capacity; Raul Cantu, in his** | § | |
| **individual capacity and official capacity;** | § | **JURY TRIAL DEMANDED** |
| **Esteban Lozano, in his individual capacity and** | § | |
| **official capacity; and Guadalupe Amaya.** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEAL

**NOW COMES Plaintiff RAFAEL TINOCO,** who hereby appeals to the Court of Appeals for the Fifth Circuit, from the Order Dismissing this case against Defendants which was entered on August 18, 2023 [ECF #29] in the Southern District of Texas, McAllen Division.

Respectfully submitted,

By: ___/s/ J. Francisco Tinoco_____
J. Francisco Tinoco, Esq.
Texas Bar No.: 24067418
SDTX Federal Bar ID: **873188**
**LAW OFFICE OF J. FRANCISCO TINOCO, P.C.**
200 South 10th Street, Suite 802
McAllen, TX 78501
Telephone - (956) 683-8300
Facsimile - (956) 683-8305
e-mail -  tinoco@sotxlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

On the 17th day of September, 2023, the undersigned <u>J. Francisco Tinoco</u> hereby certifies that the foregoing Notice was electronically filed with the Clerk of the Court using the CM/ECF system and Counsel for Defendants and Defendants will automatically receive notice of such filing in accordance with the Federal Rules of Civil Procedure and/or by U.S. mail to:

Ricardo Perez
Erick G. Holguin
**Perez Law Firm, PLLC**
208 Lindberg Avenue
McAllen, Texas 78501
*Attorney for the City Defendants*

Guadalupe Amaya
7107 Laurel Street
Pharr, TX 78577

*/s/   J. Francisco Tinoco*
J. Francisco Tinoco, Esq.

2