| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|

**10/29/23**

**TRANSCRIPT ORDER**

*Please Read Instructions:*

DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Marjorie Meyers | (713) 718-4600 | 9-27-23 |

| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 440 Louisiana St. Suite 1350 | Houston | Tx | 77002 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 7:23 CV 136 | Randy Crane | 10. FROM | 11. TO |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| TINOCO V. CITY OF HIDALGO | 13. CITY McAllen | 14. STATE Tx |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | PRE TRIAL CONF | 8-17-23 |
| [ ] BAIL HEARING | | | 7-5-23 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [✓] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE | PROCESSED BY Rick Rodriguez |
|---|---|
| 19. DATE | PHONE NUMBER (956) 618-8498 |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| GLR | 1701 W Buss. Hwy 83, Suite 1011 Mcallen Tx 78501 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Case 7:23-cv-00136   Document 32   Filed on 09/27/23 in TXSD   Page 1 of 2

**TRANSCRIPT ORDER FORM (DKT-13)   READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court _Southern District of Texas - McAllen Division_____ District Court Docket No. _7:23-cv-00136_____

Short Case Title _Tinoco v. City of Hidalgo, et al_____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _Ricardo Rodriguez_____

Date Notice of Appeal Filed in the District Court _09/17/2023_____ Court of Appeals No. 20-40543_____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
 **OR**
 **Check all of the following that apply, include date of the proceeding.**
 This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _-_____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
■Opinion of court _08/18/2023_____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 08/17/2023 | Pre-Trial Conference | Chief Judge Randy Crane |
| 07/05/2023 | Pre-Trial Conference | Chief Judge Randy Crane |
| - | | |
| - | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds

☐Other_____

Signature _J. Francisco Tinoco_____ Date Transcript Ordered _09/26/2023_____
Print Name _J. Francisco Tinoco_____ Phone _(956) 683-8300_____
Counsel for _Plaintiff Rafael Tinoco_____
Address _200 South 10th Street, Suite 802, McAllen, TX 78501_____
Email of Attorney: _tinoco@sotxlaw.com_____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 9-27-23 | | 10-24-23 | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

 ☐Other (Specify) _____

Date _9-27-23_____ Signature of Reporter _Rick Rodriguez_____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

 This is to certify that the transcript has been completed and filed at the District Court today.

 Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CIVIL DOCKET FOR CASE #: 7:23-cv-00136
### Internal Use Only

Tinoco v. City of Hidalgo, Texas et al
Assigned to: Chief Judge Randy Crane
Demand: $20,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 04/20/2023
Date Terminated: 08/18/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Rafael Tinoco**　　　　represented by　**Juan Francisco Tinoco**
Law Office of J.Francisco Tinoco, P.C.
200 S. 10th St., Suite 802
McAllen, TX 78501
956-683-8300
Fax: 956-683-8305
Email: tinoco@sotxlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Hidalgo, Texas**　　　　represented by　**Ricardo Perez**
The Perez Law Firm, PLLC
208 Lindberg Ave.
78501
Mcallen, TX 78501
956-782-2700
Fax: 956-782-2703
Email: rperez@perezlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erick Gustavo Holguin**
Perez Law Firm
208 Lindberg Ave
McAllen, TX 78501
956-782-2700
Email: erick@perezlegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sergio Coronado**　　　　represented by　**Ricardo Perez**
*in his individual and official capacity*　　　　　(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Erick Gustavo Holguin
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Romeo Rodriguez**
*in his individual and official capacity*

represented by **Ricardo Perez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erick Gustavo Holguin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raul Cantu**
*in his individual capacity and official capacity*

represented by **Ricardo Perez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erick Gustavo Holguin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Esteban Lozano**
*in his individual capacity and official capacity*

represented by **Ricardo Perez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erick Gustavo Holguin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guadalupe Amaya**