THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

\* \* \* \*

| | | |
|---|---|---|
| RAFAEL TINOCO | \* | NO. M-23-CV-136 |
| | \* | McAllen, Texas |
| VS. | \* | |
| | \* | |
| CITY OF HIDALGO, TEXAS, | \* | 9:49 a.m. - 9:53 a.m. |
| et al | \* | July 5, 2023 |

\* \* \* \* \*

**PRETRIAL CONFERENCE**

BEFORE THE HONORABLE RANDY CRANE
UNITED STATES DISTRICT JUDGE

\* \* \* \* \*

Proceedings recorded by electronic sound recording
Transcript produced by transcription service

GLR TRANSCRIBERS
GLRtranscribers@aol.com
409-330-1610

2

**APPEARANCES:**

For the Plaintiff:

    MR. JUAN F. TINOCO
    **Law Office of J. Francisco Tinoco, P.C.**
    200 S. 10th Street
    Suite 802
    McAllen, TX 78501

For the Defendants:

    MR. RICARDO PEREZ
    MR. ERICK G. HOLGUIN
    **Perez Law Firm**
    208 Lindberg Ave.
    McAllen, TX 78501

Court Clerk:

    DELIA RODRIGUEZ

Electronic Recorder:

    RICK RODRIGUEZ

**P R O C E E D I N G S**

**9:49 A.M. – JULY 5, 2023**

THE COURT:  All right, let's see, next we have 23-CV-136, which is Rafael Tinoco vs. The City of Hidalgo.

Announcements for the Plaintiff?

MR. TINOCO:  Good morning, Your Honor. Francisco Tinoco for Mr. Tinoco.  He's present and ready.

MR. PEREZ:  Good morning, Your Honor.  Rick Perez and Erick Holguin for the Defendants, City of Hidalgo.

THE COURT:  All right.  So there was a pending Motion to Dismiss filed way back in May, so it's ripe, that there's been no response to.

Mr. Tinoco, I mean, do you plan to respond? What's --

MR. TINOCO:  Judge, we did file a response, a timely response.  And then the Defendants filed a Second Motion to Dismiss, which the Court ordered that we have to file a response by July 10th.

THE COURT:  Okay.  You just have a few days, okay?  I'm looking at that, right, July 10th.

So this is -- the kind of pleadings are kind of crazy here, like I couldn't figure out what

really happened.  Why was this -- why was the principal actually arrested?  I mean, the whole thing with the soccer team, in reading, it didn't really make sense to me.  I had trouble following the pleadings.

MR. TINOCO:  Judge, I mean, the only thing that I can tell you is that it was something wrong that evidently happened here on behalf of the police and the City.  They arrested Mr. Tinoco based on probable cause that didn't exist.

If you look at the affidavit -- I don't know if you've had a chance to review it -- the probable cause affidavit is it's lacking in any indicia of probable cause.  It seems like it was just made up to try and get the arrest and see what happens, just like Mr. -- that Officer Lozano has done in the past.  That's what I believe happened here, Judge, is that they were trying to bring down certain personnel at the school district in Hidalgo, since it's a different political faction from the City.  I believe that's what was the end point of all of this.

THE COURT:  Okay.  So I didn't issue a scheduling order, even though you had a case management plan, because I felt like we needed to kind of get through this initial dispositive motion.  Do you -- I mean, again, the response is due here by the end of the

week.

I thought I would just reset this for Initial Pretrial next month, and in the meantime I'll have had a chance to do our own briefing of y'all's briefing on that issue and we will have a better idea of where we're going to head going forward and whether we narrow the claims or not.  So that was my -- that's my plan is to just reset this for next month, let the briefing come in, and then we'll have our chance to do our own briefing and be in a position to make a ruling.

So I'm going to give you an order today resetting it for next month, the initial pretrial dates. So you'll get that later this morning.

Mr. Perez, anything you wanted to add?

MR. PEREZ:  Nothing further, Judge.  That works perfectly fine for us.

THE COURT:  Perfect.

Okay.  Well, then we'll see you back here next month and you'll have that date in the order this morning.

Thank y'all for being here.

MR. TINOCO:  Judge?

THE COURT:  Yes.

MR. TINOCO:  Judge, just to be clear, discovery is dated in this case pending the Motion to Dismiss?

THE COURT:  Right, because you can't start discovery until we have the Rule 26(s) conference, so I'm resetting this conference to next month, but I didn't feel like you needed any discovery.  Given that your deadline for responding is in two days, it wouldn't be time to notice discovery or to get any return on discovery anyway.  So I'm going to have y'all hold off on any discovery until our next Initial Pretrial date.  And then I'll have a scheduling order for you at that time if it looks like the case is going to survive the Motion to Dismiss.

MR. TINOCO:  Sounds good.

THE COURT:  All right, thank y'all for attending.  You are both excused at this time.

MR. TINOCO:  Thank you, Judge.

MR. PEREZ:  Thank you, Judge.

*[9:53 a.m. - Proceedings adjourned]*

C E R T I F I C A T I O N

I certify that the foregoing is a correct transcript of the electronic sound recording of the proceedings in the above-entitled matter.

/s/ Gwen Reed

10-29-23