THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

\* \* \* \*

| | | |
|---|---|---|
| RAFAEL TINOCO | \* | NO. M-23-CV-136 |
| | \* | McAllen, Texas |
| VS. | \* | |
| | \* | |
| CITY OF HIDALGO, TEXAS, | \* | 9:16 a.m. - 9:20 a.m. |
| et al | \* | August 17, 2023 |

\* \* \* \*

**PRETRIAL CONFERENCE**

BEFORE THE HONORABLE RANDY CRANE
UNITED STATES DISTRICT JUDGE

\* \* \* \*

Proceedings recorded by electronic sound recording
Transcript produced by transcription service

GLR TRANSCRIBERS
GLRtranscribers@aol.com
409-330-1610

2

**APPEARANCES:**

For the Plaintiff:

    MR. JUAN F. TINOCO
    **Law Office of J. Francisco Tinoco, P.C.**
    200 S. 10th Street
    Suite 802
    McAllen, TX 78501

For the Defendants:

    MR. ERICK G. HOLGUIN
    **Perez Law Firm**
    208 Lindberg Ave.
    McAllen, TX 78501

Court Clerk:

    DELIA RODRIGUEZ

Electronic Recorder:

    RICK RODRIGUEZ

**P R O C E E D I N G S**

**9:16 A.M. - AUGUST 17, 2023**

THE COURT:  All right, next is 23-CV-136, Rafael Tinoco vs. The City Hidalgo, Texas.

Announcements for the Plaintiff.

MR. TINOCO:  Good morning, Judge.  Juan Francisco Tinoco for the Plaintiff.

THE COURT:  Good morning.

And who do --

MR. HOLGUIN:  Good morning, Judge.  Erick Holguin for the Defendant.  All of the Defendants except Guadalupe Amaya are present and ready.

THE COURT:  So my question is about Mr. Amaya this morning.  So he's never been served.  I don't even know, is he still employed at the school?

MR. HOLGUIN:  He was served, Your Honor.  He hasn't answered.

THE COURT:  Okay, he hasn't answered, but he has no lawyer.  And is he even in -- is he employed at the school still?

MR. HOLGUIN:  I believe he is, Judge.

THE COURT:  And then Mr. Tinoco, the Plaintiff, I presume he's also still there at the school?

MR. HOLGUIN:  That's correct, Judge.

THE COURT: And still principal?

MR. HOLGUIN: He returned as principal this year, yes.

THE COURT: Okay. Okay.

And do you intend to pursue the Amaya case against him, or is it he's sort of judgment proof anyway and no point in it? Or what's your plan with Mr. Amaya?

MR. TINOCO: Judge, our plan is that Amaya is now an alternative cause of action.

THE COURT: Sure.

MR. TINOCO: So we believe that he's judgment proof anyway and there's no assets there.

THE COURT: Right, although --

MR. TINOCO: So we have to pursue it for that reason.

THE COURT: Yeah, I guess you can't -- you can't garnish or seize somebody's teacher retirement. Is that exempt probably from -- because otherwise, every teacher has got a big asset with their teacher's retirement.

So, again, we've finished pretty much the briefing on this and we just are having trouble seeing the claims against The City of Hidalgo or the officers of both of their immunity, but also just no

constitutional violation by them.  The covering of the cameras, you know, we just don't see that there's a constitutional right to have a camera anyway at an interview.  And then, nevertheless, certainly no constitutional right that it be a surveillance camera as opposed to a camera on a cellphone.

I mean, you kind of scratch your head about why that's done that way, but I don't know, there might be legitimate reasons why the City prefers its officers to record interviews on a cellphone camera as opposed to a surveillance camera.

And then we just didn't see the officers who rely upon somebody making an affidavit, you know, who's in a constitutional violation.  Mr. Amaya apparently lied in his statements to the police in the affidavit he gave.  But there's not a constitutional violation when an officer relies on it, and certainly qualified immunity would exempt them anyway.  Even if there was a violation, they likely would have immunity from it.

So I want to finish up our order on that. Obviously, it has nothing to do with Mr. Amaya because he hasn't moved to dismiss any of the claims.  And I expect to have that order out probably by the end of the day tomorrow, which is finalizing it.  And then

we'll set this for a hearing in one month to figure out, again assuming the case is still pending, where we can sort of take up where do we go from there.

I want y'all to look at the order, though. Again, you can always move to reconsider if you think that we missed something in the order.  So look for that in the next day and then we'll regroup in a month if the case survives.

Thank y'all all for attending.  You're all excused at this time.

MR. TINOCO:  Thank you, Judge.

MR. HOLGUIN:  Thank you, Judge.

*[9:20 a.m. - proceedings adjourned]*

C E R T I F I C A T I O N

I certify that the foregoing is a correct transcript of the electronic sound recording of the proceedings in the above-entitled matter.


/s/ Gwen Reed

10-29-23