# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2025

Mr. Nathan Ochsner
Southern District of Texas, McAllen
United States District Court
1701 W. Business Highway 83
Suite 1011
McAllen, TX 78501-0000

        No. 23-40543   Tinoco v. City of Hidalgo
                       USDC No. 7:23-CV-136

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Christy Combel*

                          By: _____
                          Christy M. Combel, Deputy Clerk
                          504-310-7651

cc:
    Mr. Carlos Omar Escobar
    Mr. Randy Edward Lopez
    Mr. Ricardo Perez
    Mr. Juan Francisco Tinoco